**STATE of Missouri, Respondent,**

v.

**Mark Wayne STEWART, Appellant.**

**No. WD 41057.**

Missouri Court of Appeals,
Western District.

April 25, 1989.

Joseph L. Green, Asst. Public Defender, 5th Judicial Circuit, St. Joseph, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, P.J., and MANFORD and GAITAN, JJ.

**Squire LOGAN, III, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 41100, WD 41202.**

Missouri Court of Appeals,
Western District.

April 25, 1989.

Squire Logan, III, Jefferson City, pro se.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for State.

Before BERREY, P.J., and MANFORD and NUGENT, JJ.

### ORDER

PER CURIAM.

Appeal from denial of two Rule 29.15 motions for post-conviction relief.

Affirmed. Rule 84.16(b).

### ORDER

PER CURIAM:

Direct appeal from a jury conviction for burglary, second degree, in violation of § 569.170, RSMo 1986.

Judgment affirmed. Rule 30.25(b).